# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| OZMO LICENSING L.L.C. | ) | Civil Action No. 6:22-CV-642-ADA |
| Plaintiffs, | ) | |
| v. | ) | |
| DELL TECHNOLOGIES INC. and DELL, INC. | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

| Deadline | Item |
|---|---|
| January 13, 2023 | Deadline to file a motion for transfer. After this deadline, movants must seek leave of Court ;and show good cause for the delay. |
| December 16, 2022 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| January 6, 2023 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

1

| Deadline | Item |
| --- | --- |
| February 10, 2023 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| February 24, 2023 | Parties exchange claim terms for construction. |
| March 10, 2023 | Parties exchange proposed claim constructions. |
| March 17, 2023 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| March 24, 2023 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| March 31, 2023 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| April 21, 2023 | Plaintiff files Responsive claim construction brief. |
| May 5, 2023 | Defendant files Reply claim construction brief.<br><br>Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| May 5, 2023 | For pending inter-district venue transfer motions, the moving party is to provide the Court with a status report with respect to whether the motion(s) has been fully briefed and ready for resolution no later than four weeks prior to the date of the Markman Hearing [fn 1] that is scheduled in that case. |
| May 19, 2023 | Plaintiff files a Sur-Reply claim construction brief. |
| May 24, 2023 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party

| Deadline | Item |
|---|---|
| May 23, 2023 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[3] |
| June 2, 2023[4] | *Markman* Hearing at 9:00 a.m. This date is a place holder and the Court may adjust this date as the Markman hearing approaches. |
| June 5, 2023 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| July 14, 2023 | Deadline to add parties. |
| July 28, 2023 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| September 22, 2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| December 1, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| December 29, 2023 | Close of Fact Discovery. |
| January 5, 2024 | Opening Expert Reports. |
| February 2, 2024 | Rebuttal Expert Reports. |
| February 23, 2024 | Close of Expert Discovery. |
| March 1, 2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. |
| March 8, 2024 | The parties shall **file a Joint Report within 5 business days** regarding the results of the second meet and confer.<br><br>Dispositive motion deadline and *Daubert* motion deadline.<br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| March 22, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |

---

[3] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

[4] All deadlines hereafter follow the original *Markman* hearing date and do not change if the Court delays the *Markman* hearing.

| Deadline | Item |
|---|---|
| April 5, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 5, 2024 | Parties to jointly email the Court's law clerk (txwdml_lawclerks_wa_judgealbright@txwd.uscourts.gov) to confirm their pretrial conference and trial dates |
| April 12, 2024 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| April 19, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| April 26, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 7, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| May 10, 2024 | **Final Pretrial Conference**. Held in person unless otherwise requested. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| May 31, 2024 | **Jury Selection/Trial**. The Courts to set this date at the conclusion of the *Markman* Hearing. |

SIGNED this 9th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE