# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| OZMO LICENSING LLC | § | |
| | § | |
| vs. | § | NO: WA:22-CV-00642-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC. | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Public Zoom on June 28, 2023 at 03:00 PM .

IT IS SO ORDERED this 28th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE